```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Rachel W. Hill, Bar #151522
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   IGNACIO G. TOVAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-mj-00009 SKO-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL SCHEDULE AND TRIAL DATE; ORDER |
| v. | ) | |
| IGNACIO G. TOVAR, | ) | **Trial Confirmation**: |
| | ) |    Date:   August 25, 2011 |
| Defendant. | ) |    Time:   10:00 a.m. |
| | ) |  Judge: Hon. Dennis L. Beck |
| | ) | **Trial**: |
| | ) |    Date:   September 12, 2011 |
| _____ | ) |    Time:   9:00 a.m. |
| | | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions In Limine Due | June 13, 2011        J | July 21, 2011 |
| Oppositions to Motions in Limine | June 20, 2011        J | July 28, 2011 |
| Replies | June 24, 2011 | August 4, 2011 |
| Trial Confirmation Hearing: | July 14, 2011 (SMS) | August 25, 2011 -10:00 a.m. (DLB) |
| Trial | August 2, 2011 (SMS) | September 12, 2011 - 9:00 a.m. (DLB) |

The extension is necessary due to unavailability of the defense expert witness and for coordination of schedules of counsel.   The requested continuance will conserve time and resources for all parties and the court.

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 23, 2011        /s/ Jared Renfro
                            JARED RENFRO
                            Special Assistant United States Attorney
                            Attorney for Plaintiff


                            DANIEL J. BRODERICK
                            Federal Defender


DATED: June 23, 2011        /s/ Rachel W. Hill
                            RACHEL W. HILL
                            Assistant Federal Defender
                            Attorney for Defendant
                            IGNACIO G. TOVAR


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    June 24, 2011**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE